IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02313-WYD

IN RE: ROBERT JAMES ROSER

     Debtor,

SOVEREIGN BANK,

     Appellant,

v.

DANIEL A. HEPNER, CHAPTER 7 TRUSTEE,

     Appellee,

## ORDER OF REMAND

THIS MATTER comes before the Court on a remand from the Tenth Circuit Court of Appeals.  The Bankruptcy Court issued an order that was appealed to the District Court.  The District Court affirmed the Bankruptcy Court's order.  However, in an opinion issued on July 20, 2010, the Tenth Circuit reversed the District Court's judgment and remanded the matter for further proceedings consistent with its opinion.

Accordingly, this matter is remanded to the Bankruptcy Court for further proceedings consistent with the opinion of the Tenth Circuit Court of Appeals.

Dated:  January 18, 2011

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge